IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PAULINE LOMAX**                                                                              **PLAINTIFF**
**ADC #706185**

v.                        No: 3:22-cv-00263-JM

**CARTER**, *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing Lomax's complaint without prejudice for failure to state a claim upon which relief may be granted; dismissal of this action should be considered a "strike" within the meaning of 28 U.S.C. § 1915(g); and the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation would not be taken in good faith.

DATED this 14th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE